# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOVHANNES MARKOSYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HUNTER WARFIELD, INC., a Florida corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: CV 17−5400−DMG (JCx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [64]** |

Based upon the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is now dismissed with prejudice, in its entirety. The parties shall bear their own attorneys' fees and costs incurred herein.

DATED: July 23, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE